**1**

**RICE & ADAMS CORPORATION, Appellant, v. Harry D. LATHROP, Appellee.**

Circuit Court of Appeals, Second Circuit.
February 20, 1928.

No. 160.

Appeal from the District Court of the United States for the Western District of New York.

See, also, 6 F.(2d) 91.

Mitchell & Staples, of Buffalo, N. Y., for appellant.

Joshua R. H. Potts, of Chicago, Ill., Eugene V. Clarke, of New York City, and John S. Powers, of Buffalo, N. Y. (Helen T. West and Homer M. Hartford, both of Philadelphia, Pa., of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (21 F.[2d] 124) affirmed, with costs.

---

**2**

**Alfred H. SEAWARD, Appellant, v. Arthur H. RICHARDS and M. Ted JACOBS, Appellees.***

Circuit Court of Appeals, Fifth Circuit.
April 3, 1928.

No. 5104.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Geo. Montgomery and George B. Smart, both of New Orleans, La., for appellant.

E. Howard M'Caleb, of New Orleans, La. (E. Howard McCaleb and McCaleb & McCaleb, all of New Orleans, La., on the brief), for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The appeal is dismissed.

---

**3**

**Arthur J. THORPE, Plaintiff in Error, v. UNITED STATES of America.**

Circuit Court of Appeals, Eighth Circuit.
January 19, 1928.

No. 7729.

In Error to the District Court of the United States for the Eastern District of Missouri.

*Rehearing denied May 25, 1928.

Verne Lacy, of St. Louis, Mo., for plaintiff in error.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and C. J. Stattler, Asst. U. S. Atty., of St. Louis, Mo., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, for want of prosecution.

---

**4**

**Tom LUEY, Appellant, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
March 3, 1928.

Rehearing Denied March 28, 1928.

No. 5035.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

John E. Jackson, of New Orleans, La., for appellant.

E. E. Talbot, Asst. U. S. Atty., of New Orleans, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order or decree appealed from is affirmed.

---

**5**

**UNITED STATES of America, Appellant, v. Fred CUNNINGHAM.**

Circuit Court of Appeals, Eighth Circuit.
February 29, 1928.

No. 8041.

Appeal from the District Court of the United States for the District of Nebraska.
For opinion below, see 21 F.(2d) 800.

James C. Kinsler, U. S. Atty., of Omaha, Neb., for the United States.

J. M. Fitzgerald and L. L. Raymond, both of Scottsbluff, Neb., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.